IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FTX TRADING LTD., et al., | ) | Bankruptcy Case No.: 22-11068-JTD |
| | ) | Bankr. BAP No. 24-0082 |
| Debtors. | ) | |
| _____ | ) | |
| MOHSIN Y. MEGHJI, as Litigation Administrator for Celsius Network LLC and its associated debtors, et al., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-0002-TLA |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **25th day of February 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court held a teleconference on February 24, 2025, to further confer with counsel for both sides;

WHEREAS based upon the arguments presented by counsel, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

Appellant's Opening Brief:      March 17, 2025

Appellees' Responsive Brief:    May 1, 2025

Appellant's Reply Brief:        May 22, 2025

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE